UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

FILED
NOV 3 0 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,   )
                            )
v.                          ) SEALED MAGISTRATE NO.
                            )
SEALED SEARCH WARRANT       )

1:10 SW 00280 SMS

### ORDER

The Government's Motion to Seal the Application And Affidavit for Search Warrant and the Search Warrant in the above styled cause was considered on this date. The Court is of the opinion that the Motion should be granted in the interest of law enforcement. It is hereby,

ORDERED that the Clerk of the Court seal the Application And Affidavit for Search Warrant and the Search Warrant until further order of the Court, save for two copies of each to be issued to the Affiant.

SIGNED AND ENTERED on November **30**, 2010.

_____
HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

3