

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```



MAR 17 2011

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br>1402 AVALON AVENUE<br>MODESTO, CA 95358 | Case NO. 1:10-SW-280 SMS<br><br>REQUEST TO **UNSEAL** SEARCH WARRANT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and application and affidavit in support of the search warrant in the above-captioned proceeding be and is hereby unsealed.

Date: _March 17, 2011

Honorable Sandra M. Snyder
United States Magistrate Judge

2